IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-00864-RPM-PAC

ASSURANCE COMPANY OF AMERICA,

      Plaintiff(s),

v.

COLONNADE HOMES, INC., et al.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion to Vacate Status/Scheduling Conference [filed October 13, 2005] is **GRANTED** as follows:

      The Status/Scheduling Conference set for October 24, 2005 is ***vacated and reset*** to **November 1, 2005 at 10:30 a.m.**, in Courtroom A501.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person valid, current, photo identification when entering the courthouse.

Dated:  October 18, 2005