IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-00864-RPM-PAC

ASSURANCE COMPANY OF AMERICA,

     Plaintiff(s),

v.

COLONNADE HOMES, INC., et al.,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Assurance Company of America's Unopposed Motion to Vacate and Reschedule Settlement Conference [filed January 18, 2006; Doc. No. 101] is **GRANTED** as follows:

     The Settlement Conference set for January 25, 2006 is *vacated and reset* to **February 6, 2006 at 3:00 p.m.**  Confidential Settlement Statements are due on or before **February 1, 2006.**  *Counsel and parties with full authority to settle must be present.*

     In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person valid, current, photo identification when entering the courthouse.

Dated:  January 20, 2006