IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No.  02-cv-00864-RPM-PAC

ASSURANCE COMPANY OF AMERICA,

      Plaintiff(s),

v.

COLONNADE HOMES, INC.,
COLONNADE CONSTRUCTION COMPANY,
DAVID JACKSON and
KENNETH R. LANCASTER,

      Defendant(s).

_____

## ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #113) filed on April 4, 2006, it is

      ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

      DATED: April 5th , 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Judge